UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. CR 05 85 S |
| | : | |
| v. | : | In violation of: 18 U.S.C. § 669 |
| | : | |
| RAMSES N. COSTANDI | : | |

**INFORMATION**

THE UNITED STATES ATTORNEY CHARGES THAT:

**COUNT 1**

On diverse dates between on or about July 1, 2001 and up to and including July 7, 2005, in the District of Rhode Island, the defendant RAMSES N. COSTANDI, did knowingly and willfully steal, and otherwise without authority convert to his own use, the property and assets of a health care benefit program, as defined by Title 18, United States Code, Section 24(b), of a value in excess of $100.00, to-wit oxycodone, zaleplon, temazepam, zolpidem, alprazolam, flurazepam, diazepam, morphine, select selenium and vitamin E, Viagra, Vioxx, Zocor, various types of bandages, various types of cleaning products, packages of examination gloves,

SCANNED

antibiotics, blood glucose testing materials, and cancer treatment medications, in violation of Title 18, United States Code, Section 669.

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

GERARD B. SULLIVAN
ASSISTANT U.S. ATTORNEY
CRIMINAL CHIEF

STEPHANIE S. BROWNE
ASSISTANT U.S. ATTORNEY

25 Jul 05
Date