# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

RAMSES N. COSTANDI

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR05-85S

(Name and Address of Defendant)

PLEASE CONTACT PRETRIAL SERVICES AT 401-752-7300 TO SCHEDULE AN APPOINTMENT PRIOR TO THE HEARING.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
| --- | --- |
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>AUGUST 2, 2005 AT 2:00 P.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 669

Brief description of offense:

STEAL THE PROPERTY AND ASSETS OF A HEALTH CARE BENEFIT PROGRAM

[signature]

Signature of Issuing Officer

July 28, 2005

Date

JEANNINE THEALL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: August 2, 2005
Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 10 Pastore Building Courtroom A

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8-2-05
Date

Burton Stallwood
Name of United States Marshal

(by) Deputy ~~United~~ States Marshal

Remarks:

FILED
2005 AUG -2 P 4:32
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.