**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-85S** **DATE: August 2, 2005**

**TITLE: USA v. Ramses Costandi**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** Lisa Dinerman, AUSA
Andy Berg, Esq.
Charleen Tryhubczak, Pretrial Services

**PROCEEDINGS:**

Initial Appearance/Arraignment and Bail Hearing:

Court reads charge and rights.
Deft understands charge and rights.
Correction of type-o on plea agreement.
Waiver of Indictment.
Court reads rights.
Deft understands rights and waiver.
Waiver accepted by the Court.
Plea of not guilty entered.
Bail requested by Counsel.
Deft released on $10,000.00 unsecured bond and conditions.
Deft understands conditions and penalties.