AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U.S.A.

v.

Ramses Costandi

APPEARANCE

CASE NUMBER: CR 05-85S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ramses Costandi

I certify that I am admitted to practice in this court.

8/2/05
*Date*

[signature]
*Signature*

Andrew Berg
*Print Name*

4754
*Bar Number*

128 Dorrance St., Suite 400
*Address*

Providence
*City*

RI
*State*

02903
*Zip Code*

401-274-0113
*Phone Number*

274-0175
*Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.