AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
RAMSES N. COSTANDI

## WAIVER OF INDICTMENT

CASE NUMBER: CR 05 85S

I, Ramses N. Costandi, the above named defendant, who is accused of

theft of property and assets of a health care benefit program, of a value in excess of $100.00, in violation of Title 18, United States Code, Section 669,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/2/05 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
*Defendant*

[signature]
*Counsel for Defendant*

Before [signature]
*Judicial Officer* USMJ

This form was electronically produced by Elite Federal Forms, Inc.