UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-85S** **August 30, 2005**

**TITLE: USA V. RAMSES N. COSTANDI**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:22 a.m. - 9:49 a.m.**

---

**COUNSEL PRESENT:** **Government - Peter Neronha, AUSA**
**Defendant - Andrew Berg, Esquire**
**Probation - Barry Weiner**

**RE: Change of Plea Hearing**

**Proceedings: All counsel of record present. Defendant present. Defendant sworn; waiver read; Government summarizes the terms of the plea agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the facts and the elements of this case and what they could prove if this matter were to go to trial; Defendant agrees to the facts and the elements of this case; Defendant pleas guilty to Count I. Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, December 16, 2005 at 9:30 a.m.; Defendant to remain on bond status.**