**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. No. CR05-00085-01S** |
| | ) | |
| **Ramses Costandi** | ) | |

**ORDER FOR INTERNATIONAL TRAVEL AND TEMPORARY RELEASE OF PASSPORT**

**THIS CAUSE** having come before U.S. District Judge William E. Smith for an order to release the defendant's passport which was surrendered as a condition of pretrial release.

**WHEREAS** the defendant is serving a term of probation supervision until December 15, 2008 as ordered by this Court, it is hereby

**ORDERED** that the defendant be granted permission to travel to Egypt and that his passport be released for purposes of this trip.

**ENTERED** as an order of this Honorable Court the 27th day of August, 2007.

ENTER:

WESmith

Honorable William E. Smith
U.S. District Judge

PER ORDER:

Wendy Deib

Deputy Clerk